

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. WR-90,760-01

---

**EX PARTE JOSE MARIO TREVINO, Applicant**

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2015CRS001588D1(A) IN THE 49TH DISTRICT COURT FROM WEBB COUNTY

---

*Per curiam*. KELLER, P.J., YEARY, and SLAUGHTER, JJ. dissent.

### O P I N I O N

Applicant was convicted of two counts of sexual assault of a child and sentenced to twenty years' imprisonment on each count to be served consecutively. The Fourth Court of Appeals affirmed his conviction. *Trevino v. State*, No. 04-17-00133-CR (Tex. App.—San Antonio July 5, 2018)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that trial counsel was ineffective by failing to present mitigation evidence during the punishment hearing. Based on the record, the trial court has determined that trial counsel's performance was deficient and that Applicant was prejudiced.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984). The sentence in cause number 2015CRS001588D1 in the 49th District Court of Webb County is set aside, and Applicant is remanded to the custody of the Sheriff of Webb County for a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered:                                          November 10, 2021
Do not publish